| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG No. 33 |
| JAMEL R. FRANKLIN | * | September Term, 2024 |
| | * | |

## O R D E R

Upon consideration of the Joint Petition for Disbarment by Consent, filed by Bar Counsel on behalf of the Attorney Grievance Commission of Maryland and Respondent, Jamel R. Franklin, on December 19, 2024 in the above-captioned case, in which, pursuant to Rule 19-736(b), the parties jointly petition this Court to disbar Respondent and advise that Respondent agrees that his conduct as described in the petition violated Maryland Attorneys' Rules of Professional Conduct Rules 8.4(a), (b), and (c) and that Respondent consents to disbarment as the appropriate sanction, it is this 23rd day of December 2024,

ORDERED, by the Supreme Court of Maryland, that the Joint Petition is GRANTED, and that, effective immediately, Respondent, Jamel R. Franklin, is disbarred from the practice of law in the State of Maryland for violation of Rule 8.4(a), (b), and (c) of the Maryland Attorneys' Rules of Professional Conduct; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Jamel R. Franklin from the register of attorneys in the Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Shirley M. Watts
Senior Justice

Gregory Hilton, Clerk